IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR BLUETT and PATRICIA BLUETT,

    Plaintiffs,

  v.

MERCK & CO., et al.,

    Defendants.
_____/

No. Civ. S-06-2787 DFL DAD

<u>Memorandum of Opinion
            and Order</u>

    For the reasons stated by Judge Shubb in <u>Leeson v. Merck & Co., Inc., et al</u>, Civ. S-05-2240 WBS PAN slip op. (E.D. Cal. Jan. 27, 2006), the motion to stay is GRANTED. In light of the stay, plaintiff's motion to remand is DENIED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

Dated: April 11, 2007

                                    /s/ David F. Levi_____
                                    DAVID F. LEVI
                                    United States District Judge